FILED

11/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0483

_____

IN THE MATTER OF THE PARENTING
OF S.R.G., A Minor Child;

LISA LARRIVEE,

      Petitioner and Appellee,

  v.

JAMES GARDNER,

      Respondent and Appellant.

O R D E R

_____

Appellant James Gardner has filed a Motion for Extension of Time within which to file his opening brief. Appellee Lisa Larrivee opposes the motion.

The Notice of Appeal was filed October 5, 2020. Pursuant to M. R. App. P. 9, the District Court has 40 days within which to file the record on appeal with the Clerk of the Supreme Court. Once the record has been filed the Clerk of the Supreme Court will send a notice of filing to the parties, and Appellant shall have 30 days from the date of the notice of filing within which to file the opening brief.

The District Court record has not yet been filed. Thus, Appellant's motion for extension to file the opening brief is premature.

IT IS ORDERED that the Motion for Extension of time is DENIED as moot.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2020